DANIEL J. BRODERICK, #89424
Federal Defender
MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
PEDRO CHAVEZ-CORNELIO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> PEDRO CHAVEZ-CORNELIO, <br><br> Defendant. | NO. 1:09-cr-00105 LJO <br><br> STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; AND [PROPOSED] ORDER <br><br> Date: July 17, 2009 <br> Time: 9:00 a.m. <br> Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED**, by and between the parties and through their respective attorneys of record, that the status conference hearing in the above-captioned matter now scheduled for June 26, 2009 **may be continued to July 17, 2009 at 9:00 a.m.**

This continuance is requested by counsel for the defendant to allow additional time for defense preparation and plea negotiations. The Probation Office has not yet completed the Pre-Sentence Report, and completion is necessary for the government to make a plea offer.

///

///

///

///

///

The time requested is for good cause, for continuance of counsel, and in the interest of justice. 18 U.S.C. § 3161(h)(7)(A).

|  |  |
|---|---|
|  | LAWRENCE G. BROWN<br>Acting United States Attorney |
| DATED: June 24, 2009 | By  /s/ Susan Phan<br>SUSAN PHAN<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|  | DANIEL J. BRODERICK<br>Federal Defender |
| DATED: June 24, 2009 | By  /s/ Melody M. Walcott<br>MELODY M. WALCOTT<br>Assistant Federal Defender<br>Attorney for Defendant<br>PEDRO CHAVEZ-CORNELIO |

**ORDER**

Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A). Continuance, as requested, is granted, with good cause shown.

IT IS SO ORDERED.

**Dated:   June 25, 2009**          /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE