```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  SUSAN PHAN
    Assistant U.S. Attorney
 3  Suite 4401, Federal Courthouse
    2500 Tulare Street
 4  Fresno, California 93721
    Telephone: (559) 497-4000
 5
 6
 7
 8          IN THE UNITED STATES DISTRICT COURT FOR THE
 9                EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )   1:09-cr-00105 LJO
                                 )
12             Plaintiff,        )   STIPULATION AND ORDER
                                 )   CONTINUING STATUS CONFERENCE
13      v.                       )   FROM July 17, 2009, TO July
                                 )   23, 2009.
14  PEDRO CHAVEZ-CORNELIO        )    NOTE THURSDAY SETTING
       aka Soloman Chavez,       )
15                               )
                                 )
16             Defendant.        )
                                 )
17
```

18      The United States of America, by and through Lawrence G.
19 Brown, Acting United States Attorney for the Eastern District of
20 California, Susan Phan, Assistant U.S. Attorney, and defendant,
21 Pedro Chavez-Cornelio, by and through his counsel, Assistant
22 Federal Defender Melody Walcott, hereby STIPULATE and AGREE that
23 the status conference, currently scheduled for July 17, 2009, at
24 9:00 a.m., be continued to July 24, 2009, at 9:00 p.m., because
25 the attorney for the government will be out of town for oral
26 arguments before the Ninth Circuit. The government and defendant
27 further stipulate and agree that time shall be excluded under the
28 Speedy Trial Act through July 24th.

| | | |
|---|---|---|
| 1 | DATED: July 13, 2009 | Respectfully submitted, |
| 2 | | LAWRENCE G. BROWN<br>Acting United States Attorney |
| 3 | | |
| 4 | | By /s/Susan Phan<br>SUSAN PHAN<br>Assistant U.S. Attorney |

DATED: July 13, 2009                    By /s/Melody Walcott
                                           MELODY WALCOTT
                                           Assistant Federal Defender
                                           Counsel for Defendant

## [PROPOSED] ORDER

IT IS ORDERED that the status conference, currently scheduled for July 17, 2009, at 9:00 a.m., be continued to THURSDAY July 23, 2009, at 9:00 p.m.  Good cause exists pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(ii),(iv), and time is excluded under the Speedy Trial Act through July 24, 2009.

IT IS SO ORDERED.

**Dated:   July 16, 2009**            /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE

2